| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Sweet, Robert W | 2. Court or Organization U.S. District Court | 3. Date of Report 5/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Judge (Senior status) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ⦿ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address Federal Court House 500 Pearl Street - Room 1920 New York, New York 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Constitution Works |
| 2. Director, Honorary Trustee | Albanian/American Cultural Foundation |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 18 A 10: 42 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ABA | Reimbursement for travel expenses in connection with Aviation & Space Law annual meeting in Washington, DC on 10/21/04. |
| 2. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bear Stearns through HCFP/Brenner Securities | Margin loan | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. United Dominion Realty Trust | B | Dividend | K | T | | | | | |
| 2. Wyeth | A | Dividend | K | T | | | | | |
| 3. IBM | A | Dividend | K | T | | | | | |
| 4. Walt Disney Company | A | Dividend | K | T | | | | | |
| 5. AT&T Corp | A | Dividend | J | T | | | | | |
| 6. Avaya Inc | | None | J | T | | | | | |
| 7. AT&T Wireless Services Inc | | None | | | sell | 10/27 | J | B | |
| 8. Lucent Technologies | | None | J | T | | | | | |
| 9. 3M | B | Dividend | L | T | | | | | |
| 10. Imation Corp | A | Dividend | J | T | | | | | |
| 11. Procter & Gamble Co | B | Dividend | L | T | | | | | |
| 12. General Electric Co | A | Dividend | J | T | | | | | |
| 13. Agere Systems Inc. Class A | | None | J | T | | | | | |
| 14. Agere Systems Inc. Class B | | None | J | T | | | | | |
| 15. Comcast Corp | | None | J | T | | | | | |
| 16. Smucker J M Company | A | Dividend | J | T | | | | | |
| 17. Reserve Treasury Fund | | None | J | T | | | | | |
| 18. Precision Castparts | B | Dividend | N | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Wells Fargo Company | D | Dividend | N | T | | | | | |
| 20. American Int'l Group | A | Dividend | M | T | | | | | |
| 21. General Electric | C | Dividend | M | T | | | | | |
| 22. Schlumberger Ltd | B | Dividend | M | T | | | | | |
| 23. Transocean Inc. | | None | K | -* | | | | | |
| 24. Kloninklije Ahold NV | | | K | T | | | | | |
| 25. US Treasury Bill due 01/15/04 | B | Interest | | | matured | 01/15 | N | | |
| 26. US Treasury Bill due 07/29/04 | | | | | buy | 05/03 | P1 | | |
| 27. US Treasury Bill due 07/29/04 | C | Interest | | | matured | 07/29 | P1 | | |
| 28. JPMorgan Treasury Plus Money Market Fund | B | Dividend | | | sell | (e) | P1 | | |
| 29. Fiduciary Trust Company Int'l Money Market | C | Interest | P1 | T | (a) | | | | |
| 30. Knolls II Villa LP | | None | J | W | | | | | |
| 31. Estes - Sheridan LP | E | Distribution | M | U | (b) | | J | | |
| 32. NP Stratham LLC | E | Distribution | J | U | | | | | |
| 33. NP Dover LLC | | None | J | U | (b) | | K | | |
| 34. NP Nashua LLC | D | Distribution | J | U | | | | | |
| 35. NP Fairhaven LLC | C | Distribution | J | U | | | | | |
| 36. NP Hanson LLC | D | Distribution | J | U | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. NP Portfolio Account LLC | E | Distribution | L | U | | | | | |
| 38. Northstar Quincy LLC | C | Distribution | J | U | | | | | |
| 39. | | | | | | | | | |
| 40. Trust #1 (lines 41-62) | E | Distribution | P1 | T | (c) | | | | |
| 41. -Agnico Eagle Mines Ltd | | | | | | | | | |
| 42. -American Electric Power | | | | | | | | | |
| 43. -Burlington Northern | | | | | | | | | |
| 44. -Burlington Resources | | | | | | | | | |
| 45. -Conn Light & Power $2 Pfd | | | | | | | | | |
| 46. -Consolidated Edison of NY | | | | | | | | | |
| 47. -Con Edison of NY $5 Pfd | | | | | | | | | |
| 48. -Delphi Corp | | | | | | | | | |
| 49. -Exxon Mobil Corp | | | | | | | | | |
| 50. -Gencorp | | | | | | | | | |
| 51. -General Electric | | | | | | | | | |
| 52. -General Motors | | | | | | | | | |
| 53. -Hartford Financial Services | | | | | | | | | |
| 54. -ITT Industries | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. -Kerr McGee Corp | | | | | | | | | |
| 56. -Omnova Solutions Inc. | | | | | | | | | |
| 57. -Rayonier Inc | | | | | | | | | |
| 58. -Starwood Hotels & Resort | | | | | | | | | |
| 59. -United Technologies | | | | | | | | | |
| 60. -Wyeth | | | | | | | | | |
| 61. -SB Money Market Funds | | | | | (a) | | | | |
| 62. - Citibank NA Bank Deposit Program | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. Trust #2 (lines 65-101) | G | Distribution | P2 | T | (c) | | | | |
| 65. USTN 6.0% 8/15/04 | | | | | matured | 08/15 | N | | |
| 66. USTN 5.875% 11/15/04 | | | | | matured | 11/15 | M | | |
| 67. USTN 5.750% 11/15/05 | | | | | | | | | |
| 68. Brockport, NY 3.5% 06/15/04 | | | | | matured | 06/15 | M | | |
| 69. Erie Cnty NY 4.5% 10/01/04 | | | | | matured | 10/01 | M | | |
| 70. Trumansburg, NY 4.0% 06/15/05 | | | | | | | | | |
| 71. US Treasury Bill due 01/22/04 | | | | | matured | 01/22 | P1 | | |
| 72. US Treasury Bill due 04/29/04 | | | | | buy | 01/29 | P1 | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. US Treasury Bill due 04/29/04 | | | | | sale | 02/16 | L | | |
| 74. US Treasury due 04/29/04 | | | | | matured | 04/29 | P1 | | |
| 75. US Treasury Bill due 09/16/04 | | | | | buy | 06/17 | P1 | | |
| 76. US Treasury Bill due 09/16/04 | | | | | matured | 09/16 | P1 | | |
| 77. AIG Int'l Group | | | | | | | | | |
| 78. BP Amoco | | | | | | | | | |
| 79. Bristol Myers | | | | | buy | 01/30 | L | | |
| 80. Del Monte Foods Co | | | | | | | | | |
| 81. Dycom Industries | | | | | | | | | |
| 82. Exxon Mobil | | | | | | | | | |
| 83. Heinz, H.J. Co. | | | | | | | | | |
| 84. Imagistics | | | | | | | | | |
| 85. Kimberly Clark Corp | | | | | | | | | |
| 86. Limited Brands | | | | | buy | 08/19 | L | | |
| 87. Mack Cali Realty Corp | | | | | | | | | |
| 88. Medco Health Solutions | | | | | | | | | |
| 89. Merck & Co | | | | | | | | | |
| 90. Neenah Paper | | | | | (d) | | | | |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
(See Column C2) U = Book Value; V = Other; W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Nokia Corp | | | | | | | | | |
| 92. Pitney Bowes Inc. | | | | | | | | | |
| 93. Raytheon Co | | | | | | | | | |
| 94. Schering-Plough | | | | | buy | 01/30 | N | | |
| 95. Symantec | | | | | | | | | |
| 96. Verizon | | | | | buy | 01/30 | L | | |
| 97. Washington Mutual | | | | | buy | 01/30 | M | | |
| 98. JP Morgan Select Small Cap Equity Fund #690 | | | | | sale | 09/15 | M | E | |
| 99. Chase Bank Money Market | | | | | (a) | | | | |
| 100. North Colorado Springs Land & Improvement Co. | | | | | | | | | |
| 101. Fiduciary Trust Int'l Money Market | | | | | (a) | | | | |
| 102. | | | | | | | | | |
| 103. Trust #3 (lines 104-117) | D | Distribution | P1 | T | (c) | | | | |
| 104. -JPMorgan Treasury Plus Money Market | | | | | (e) | | | | |
| 105. - Fiduciary Trust Int'l Money Market | | | | | (a) | | | | |
| 106. -Berkshire Hathaway Inc. | | | | | | | | | |
| 107. -Estes - Sheridan LP | | | | | (b) | | J | | |
| 108. -NP Stratham LLC | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. -NP Dover LLC | | | | | (b) | | J | | |
| 110. -NP Nashua LLC | | | | | | | | | |
| 111. -NP Fairhaven LLC | | | | | | | | | |
| 112. -NP Hanson LLC | | | | | | | | | |
| 113. -Northstar Quincy LLC | | | | | | | | | |
| 114. -NP Portfolio Account LLC | | | | | | | | | |
| 115. -Koninklijke Ahold NV | | | | | | | | | |
| 116. -US Treasury Bill due 07/29/04 | | | | | buy | 05/03 | N | | |
| 117. -US Treasury Bill due 07/29/04 | | | | | matured | 07/29 | N | | |
| 118. | | | | | | | | | |
| 119. Citibank Moneymarket Account | A | Interest | J | T | | | | | |
| 120. Citibank Checking Account | | None | J | T | | | | | |
| 121. JPMorgan Chase Checking Acct | | None | J | T | | | | | |
| 122. | | | | | | | | | |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000      G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:                J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000     O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                          P4 = $More than $50,000,000
3. Value Method Codes         Q = Appraisal              R = Cost (Real Estate Only)   S = Assessment            T = Cash/Market
   (See Column C2)            U = Book Value             V = Other                  W = Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

Part VII. Investments and Trusts
-------------------------------------------

(a) = This is a money market type fund with shares remaining at a constant value of $1.00. Purchases and sales, with no gain or loss, were made throughout the year.

(b) = Additional capital contributions were made.

Estes- Sheridan LP, 12/04
NP Dover LLC - 01/04, 02/04 and 11/04

(c) = Income beneficiary only

(d) = Received as a spin-off from Kimberly Clark.

(e) = This is a money market type fund with shares remaining at a constant value of $1.00. Purchases and sales, with no gain or loss, were made throughout the year. By the end of the year, no shares were held.

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date____5 · 13 · 05____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544